In the Matter of the Probate of the Will of EMILY A. WATSON, Deceased.

PAULINE A. DE LA METTRIE et al., Appellants; HENRY R. BARRETT et al., as Temporary Administrators of EMILY A. WATSON, Deceased, et al., Respondents.

*Appeal — affirmance of interlocutory order — appeal therefrom dismissed.*

Matter of Watson (Will), 209 App. Div. 876, appeal dismissed.

(Submitted September 29, 1924; decided October 7, 1924.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 16, 1924, which affirmed an order of the Westchester County Surrogate's Court appointing temporary administrators of the estate of Emily A. Watson, deceased.

The motion was made upon the ground that the order was interlocutory and that permission to appeal had not been obtained.

*F. P. Close* and *Thomas B. Gilchrist* for motion.

*J. Noble Hayes* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.